Douglas Alan JARVIS, Plaintiff—Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; Harrell Watts, Administrator, National Inmate Appeals; Kimberly M. White, Regional Director Mid–Atlantic Region; Federal Bureau of Prison; Federal Correctional Institution–Petersburg; Vanessa P. Adams, Warden; Joseph M. Brooks, Warden; Karen F. Hogsten, Assistant Warden; Walter Vereen, Captain; Steven Desrochers, Lieutenant; Wade More, Case Management Coordinator; Patrick Simon, Inmate System Management; Deborah Gonzalez–Kozen, Unit Manager; Rodney Wyrick, Unit Manager; Sam Banks, Case Manager; Anthony Harding, Case Manager; Milton M. Speights, Counselor; John Does, Defendants—Appellees.

No. 07–7042.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 26, 2007.

Douglas Alan Jarvis, Appellant pro se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Alan Jarvis appeals the district court's orders dismissing his civil complaint for failure to state a claim, denying his motion for reconsideration of the dismissal of his complaint, and denying his motion for leave to file a second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jarvis v. U.S. Dep't of Justice,* No. 2:07–cv–00168–RAJ (E.D. Va. May 25, 2007; June 21, 2007 & July 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*